UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSHUA EARL BECK,      )<br>                               )<br>         Petitioner,   )<br>                               )<br>    v.                         )<br>                               )<br>MIKE EVANS, Warden,  )<br>                               )<br>         Respondent.  )<br>_____) | | 1:06-CV-0074 REC LJO HC<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>AND CERTIFIED COPY OF PRISON<br>TRUST ACCOUNT STATEMENT<br>**OR** PAY FILING FEE |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, Petitioner did not pay the five dollar ($5.00) filing fee or submit an application to proceed in forma pauperis. Petitioner will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement **or** pay the $5.00 filing fee.

In accordance with the above, IT IS HEREBY ORDERED that

1. The Clerk of Court SHALL send to Petitioner the form for filing an application to proceed in forma pauperis; and

2. Within thirty (30) days of the date of service of this order, Petitioner SHALL submit a completed application to proceed in forma pauperis and a certified copy

of his prison trust account statement for the six month period immediately preceding the filing of the petition, or in the alternative, pay the $5.00 filing fee for this action.  Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   January 26, 2006**              /s/ Lawrence J. O'Neill
23ehd0                                          UNITED STATES MAGISTRATE JUDGE