UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSHUA EARL BECK, | ) | 1:06-CV-00074 AWI LJO HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #11] |
| v. | ) | |
| | ) | ORDER GRANTING MOTION TO DISMISS |
| | ) | AND DISMISSING PETITION FOR WRIT |
| MIKE EVANS, Warden, | ) | OF HABEAS CORPUS [DOC. #6] |
| | ) | |
| Respondent. | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 28, 2006, the Magistrate Judge issued a Findings and Recommendation that recommended Respondent's motion to dismiss for violating the statute of limitations be GRANTED and the petition for writ of habeas corpus be DISMISSED with prejudice. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within fifteen (15) days of the date of service of the order. Over fifteen (15) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

*novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued June 28, 2006, is ADOPTED IN FULL;

2. Respondent's motion to dismiss is GRANTED;

3. The petition for writ of habeas corpus is DISMISSED with prejudice; and

4. The Clerk of the Court is DIRECTED to enter judgment.


IT IS SO ORDERED.

**Dated:   September 12, 2006**                              **/s/ Anthony W. Ishii**
0m8i78                                                                  UNITED STATES DISTRICT JUDGE